**ROBERT WISNIEWSKI P.C.**
ATTORNEYS-AT-LAW

17 STATE STREET, SUITE 820• NEW YORK, NY 10004
TEL: (212) 267-2101 • EMAIL: rw@rwapc.com

May 15, 2025

Hon. Robert M. Levy, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
    *VIA ECF*

    **Re:**     Hernandez v. 113 Bistro Corp. et al
            **Docket No.: 25-cv-01614-LDH-RML**

Dear Judge Levy,

    This firm represents Plaintiff in the above-referenced case. I am writing on behalf of Defendants to request an extension of time to file an answer to the Complaint to June 13, 2025. The current deadline for filing an answer is May 16, 2025. Plaintiff consents. This is the first request of its kind. No party will be prejudiced by this extension.

    The reason for this request is that the parties are currently engaged in good-faith negotiations to explore a potential resolution of this matter without the need for Defendants to file an answer, thereby preserving judicial resources. If there is a settlement, the parties will submit a motion to approve it consistent with ***Cheeks v. Freeport Pancake House***, 796 F.3d 199 (2d Cir. 2015).

    In light of this, Defendants request that this Court extend the time for Defendants to file an answer to the Complaint to June 13, 2025.

                                                       Respectfully submitted,

                                                       */s/ Robert Wisniewski*
                                                       Robert Wisniewski